**Motion Granted and Order filed September 11, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00509-CV
_____

## IN THE INTEREST OF C.F., JR., K.F. AND C.F., CHILDREN

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCV-237456**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. The brief of appellant R.M., the mother, was due July 30, 2018, but was not filed. Because this court was unaware whether appellant, who is not represented by counsel, is indigent and entitled to appointed counsel, we abated the appeal on July 31, 2018, and directed the trial court to conduct a hearing and make findings of fact regarding appellant's entitlement to and/or desire for appointed counsel.

The trial court conducted a hearing and made written findings of fact that were filed with this court in a supplemental clerk's record on August 7, 2018. The trial

court found (1) appellant desires to continue this appeal, and (2) appellant does not want a court-appointed lawyer to represent her in this appeal; she told the trial court she "will hire her own attorney or complete it herself."

On August 13, 2018, appellant filed a motion for an extension of time until October 31, 2018, to file her brief. We granted the motion in part until August 27, 2018. We noted no further extensions would be granted.

Just before we issued our ruling, the court reporter filed an additional 25 volumes of reporter's record.

No brief has been filed. Instead, on August 28, 2018, appellant filed another motion for an extension of time, but she did not specify the amount of time requested. She stated, "A[n] attorney agency is assisting me with filing a brief. We are almost complete."

Our previous ruling setting appellant's brief due on August 27, 2018, did not take into account the extensive supplemental reporter's record. Appellant has not suggested her need for an extension is based on the lengthy record. However, in the interest of justice, we **GRANT** appellant's motion for another extension until **September 24, 2018**. **NO FURTHER EXTENSIONS WILL BE GRANTED**.

If appellant does not file a brief by **September 24, 2018**, we will dismiss this appeal for lack of prosecution. Tex. R. App. P. 38.8(a)(1) (allowing dismissal of civil appeal for want of prosecution if appellant does not file brief); Tex. R. App. P. 42.3(b) (allowing dismissal of civil case for want of prosecution).

PER CURIAM